**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Penny MOORE, Defendant–Appellant.**

No. 01–50593.
D.C. No. CR–96–00122–AHS–3.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 9, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Penny Moore appeals pro se the denial of her 18 U.S.C. § 3582(c)(2) motion to modify the term of her imprisonment imposed after a guilty plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Moore contends that her sentence should be reduced, by means of a downward departure, due to a disparity between her sentence and her co-defendant's. Even if this could be a basis for a section 3582(c)(2) motion, Moore did not present it to the district court, therefore we decline to address it. *See United States v. Flores–Payon*, 942 F.2d 556, 558 (9th Cir.1991) (stating that issues not presented to a trial court cannot generally be raised for the first time on appeal).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.